## NOTICE OF REMOVAL
## EXHIBIT A

### STATE COURT RECORD

A-1.  Petition for Damages
A-2.  Citation to Argonaut
A-3.  Service Return
A-4.  Service Return Fee
A-5.  Affidavit of Service
A-6.  Answer & Request for Notice
A-7.  Motion to Appoint Private Process Server
A-8.  Online Docket Sheet



EAST BATON ROUGE PARISH
Filed Apr 21, 2022 1:06 PM
Deputy Clerk of Court
E-File Received Apr 21, 2022 11:21 AM

C-718153
30

ASBERRY GLOVER, LOUISA GLOVER
AND DARRICK GLOVER

VERSUS

ARGONAUT MIDWEST INSURANCE
COMPANY, JHB TRUCKING, INC.,
AND KIRPAL SINGH

SUIT NO.: _____ SECTION: _____

19TH JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

********************************************************************************
PETITION FOR DAMAGES
********************************************************************************

NOW INTO COURT, through undersigned counsel, comes Plaintiffs, **ASBERRY GLOVER, LOUISA GLOVER,** and **DARRICK GLOVER,** persons of the full age of majority and domiciled in Harris County, State of Texas, who respectfully represent as follows:

1.

Made Defendants herein:

A.    **ARGONAUT MIDWEST INSURANCE COMPANY,** a foreign insurance company authorized to do and doing business in the State of Louisiana, who may be served through its agent for service of process, Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, LA, 70809;

B.    **JHB TRUCKING, INC.,** a California corporation, who may be served through its agent of process, Jasdeep Singh, 2455 North Naglee Road, Suite 126, Tracy, California, 95304;

C.    **KIRPAL SINGH,** a person of the full age of majority and domiciled in San Joaquin County, State of California, and upon whom domiciliary service may be made at 1852 West 11th Street #457, Tracy, CA, 95376;

2.

The above-named Defendants are liable jointly and *in solido* to Petitioners for such damages as are reasonable in the premises, together with legal interest from date of judicial demand until paid, and for all costs of these proceedings for the following reasons, to-wit:

3.

This lawsuit arises out of an automobile crash, which occurred on or about July 29, 2021, on Interstate-10, in Calcasieu Parish, State of Louisiana.

4.

On that date, Petitioner, **ASBERRY GLOVER,** was operating his 2008 Cadillac Escalade, traveling westbound on Interstate-10 in the center lane with **LOUISA GLOVER** and **DARRICK GLOVER** traveling as passengers.


Certified True and
Correct Copy
CertID: 2022042800920

East Baton Rouge Parish
Deputy Clerk of Court

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).


Generated Date:

EXHIBIT
A-1

5.

The vehicle Petitioner was driving began having engine problems, causing the vehicle to lose power and in turn reduce its speed. As the vehicle began to lose speed, **ASBERRY GLOVER** was hit from behind by Defendant, **KIRPAL SINGH**, who was operating a 2021 Freightline Cascadia, owned by Defendant, **JHB TRUCKING INC.**, and insured by Defendant, **ARGONAUT MIDWEST INSURANCE COMPANY.**

6.

**KIRPAL SINGH** failed to keep proper look out and see that the vehicle in front of him was slowing down and negligently struck the vehicle being driven by **ASBERRY GLOVER** and containing **LOUISA GLOVER**, and **DARRICK GLOVER**

7.

This collision caused property damages and significant personal injuries to Petitioners, **ASBERRY GLOVER, LOUISA GLOVER**, and **DARRICK GLOVER.**

8.

Upon information and belief, at all pertinent times hereto, **KIRPAL SINGH** was employed by Defendant, **JHB TRUCKING, INC.**

9.

Upon information and belief, at all times pertinent hereto, **KIRPAL SINGH** was acting within the course and scope of his employment with **JHB TRUCKING, INC.**, at the time of the crash in question.

10.

The injuries sustained by Petitioners were caused by the negligence of Defendant, **KIRPAL SINGH**, in the following non-exclusive list of particulars:

    a.    Failure to maintain a proper lookout;

    b.    Failing to see what he should have seen;

    c.    Failure to stop;

    d.    Failure to avoid hitting another vehicle;

    e.    Careless operation of a vehicle;

    f.    Breaching a legally imposed duty of reasonable care;

    g.    Failure to maintain control of his vehicle;



**Certified True and Correct Copy**
CertID: 2022042800920

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
4/28/2022 1:34 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

h.    Inattentiveness; and

i.    Other acts of negligence which may be shown at the trial of this matter.

11.

Petitioners aver that **JHB TRUCKING, INC.**, is vicariously liable, *in solido*, for the above-described conduct, negligence, and fault of **KIRPAL SINGH** pursuant to La. Civil Code art. 2320 and the doctrine of *respondeat superior*, for all of Petitioners' damages.

12.

Petitioners further aver that the injuries they sustained were substantially and proximately caused by the negligence and fault of Defendant, **JHB TRUCKING, INC.**, in the following non-exclusive list of particulars:

a.    Negligent hiring of **KIRPAL SINGH**;

b.    Failing to properly train **KIRPAL SINGH**;

c.    Failing to maintain the vehicle in proper working condition; and

d.    Other acts of negligence which may be shown at the trial of this matter.

13.

On information and belief, at all times pertinent hereto, Defendant, **ARGONAUT MIDWEST INSURANCE COMPANY**, had in effect a policy of automobile liability insurance providing coverage to Defendants **KIRPAL SINGH** and **JHB TRUCKING, INC.**, for the claims asserted by Petitioners, and Defendant **ARGONAUT MIDWEST INSURANCE COMPANY** is liable *in solido* with its insureds for all amounts due to Petitioners, pursuant to La. Rev. Stat. 22:1269.

14.

As a result of the crash in question, Petitioner, **ASBERRY GLOVER**, has suffered, and will continue to suffer, the following non-exclusive list of damages:

a.    Past and future pain and suffering;

b.    Past and future medical expenses;

c.    Past and future loss of enjoyment of life;

d.    Past and future mental anguish;

e.    Any and all other damages that this Court may find reasonable on the premises.


Certified True and
Correct Copy
CertID: 2022042800920

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
4/28/2022 1:34 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

15.

As a result of the crash in question, Petitioner, **LOUISA GLOVER**, has suffered, and will continue to suffer, the following non-exclusive list of damages:

    a.    Past and future pain and suffering;

    b.    Past and future medical expenses;

    c.    Past and future loss of enjoyment of life;

    d.    Past and future mental anguish;

    e.    Any and all other damages that this Court may find reasonable on the premises.

16.

As a result of the crash in question, Petitioner, **DARRICK GLOVER**, has suffered, and will continue to suffer, the following non-exclusive list of damages:

    f.    Past and future pain and suffering;

    g.    Past and future medical expenses;

    h.    Past and future lost wages and diminished earning capacity;

    i.    Past and future loss of enjoyment of life;

    j.    Past and future mental anguish;

    k.    Any and all other damages that this Court may find reasonable on the premises.

17.

As a result of the crash in question, Petitioner, **ASBERRY GLOVER**, has suffered property damage to his 2008 Cadillac Escalade.

18.

For the purposes of Louisiana Code of Civil Procedure Article 892, Petitioners aver their damages, individually, are greater than the sum or value of $50,000.00, exclusive of interest and costs.

19.

Petitioners hereby request a trial by jury.

**WHEREFORE**, Petitioners, **ASBERRY GLOVER, LOUISA GLOVER,** and **DARRICK GLOVER** pray that Defendants, **ARGONAUT MIDWEST INSURANCE COMPANY, JHB TRUCKING, INC.,** and **KIRPAL SINGH,** be duly cited and served with a copy of this petition and cited to appear and answer same, and that after all legal delay and due


**Certified True and Correct Copy**
CertID: 2022042800920

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
4/28/2022 1:34 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

proceedings are had, there be judgment rendered in favor of Petitioners and against Defendants jointly and *in solido* for all damages incurred and such general and/or special damages as are reasonable in the premises, together with legal interest from the date of judicial demand, until paid, all costs of this proceeding and all such other equitable relief to which Petitioners may be entitled.

Respectfully Submitted:

DUDLEY DEBOSIER INJURY LAWYERS, PLC

By: _____

Brent P. Frederick (#25053)
*E-Mail:  bfrederick@dudleydebosier.com*
Michael T. Beckers (#30197)
*E-Mail:  mbeckers@dudleydebosier.com*
Danielle N. Goren (#34563)
*E-Mail:  dgoren@dudleydebosier.com*
1075 Government Street
Baton Rouge, LA  70802
Telephone: (225) 372-6000
Facsimile: (225) 372-6015
*Attorneys for Plaintiffs*

PLEASE SERVE:

ARGONAUT MIDWEST INSURANCE COMPANY
*Through its Registered Agent of Services for Process*
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

PLEASE SERVE VIA LOUISIANA LONG ARM STATUE:

JHB TRUCKING INC.,
*Through its Registered Agent of Services for Process*
Jasdeep Singh
2455 North Naglee Road, Suite 126
Tracy, CA 95304

KIRPAL SINGH
1852 West 11th Street #457
Tracy, CA 95376



Certified True and
Correct Copy
CertID: 2022042800920

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
4/28/2022 1:34 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EAST BATON ROUGE PARISH
Filed Apr 21, 2022 1:06 PM
Deputy Clerk of Court
E-File Received Apr 21, 2022 11:21 AM

C-718153
30

ASBERRY GLOVER, LOUISA GLOVER
AND DARRICK GLOVER

SUIT NO.: _____ SECTION: _____

VERSUS

19TH JUDICIAL DISTRICT COURT

ARGONAUT MIDWEST INSURANCE
COMPANY, JHB TRUCKING INC.,
AND KIRPAL SINGH

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

**************************************************************************
### ORDER FOR JURY TRIAL
**************************************************************************

**CONSIDERING** the request of Plaintiffs, **ASBERRY GLOVER, LOUISA GLOVER,**

and **DARRICK GLOVER,** for trial by jury:

**IT IS ORDERED** that this case be set for trial by jury and that the jury bond be fixed in

the amount of $ <sub>$2,000.00 for the first day and $400.00 for each subsequent day of trial</sub> with the jury bond to be posted/filed by the _____ day of

_____, 202____, or at such other date as directed by the Court.

Baton Rouge, Louisiana, this __26__ day of_____April_____, 2022.



_____
JUDGE, 19TH JUDICIAL DISTRICT COURT
**Judge Tarvald A. Smith**

**PLEASE SERVE:**

**ARGONAUT MIDWEST INSURANCE COMPANY**
*Through its Registered Agent of Services for Process*
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

**PLEASE SERVE VIA LOUISIANA LONG ARM STATUE:**

**JHB TRUCKING INC.,**
*Through its Registered Agent of Services for Process*
Jasdeep Singh
2455 North Naglee Road, Suite 126
Tracy, CA 95304

**KIRPAL SINGH**
1852 West 11th Street #457
Tracy, CA 95376

Certified True and
Correct Copy
CertID: 2022042800921

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
4/28/2022 1:34 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EAST BATON ROUGE PARISH
Filed Apr 21, 2022 1:06 PM
Deputy Clerk of Court
E-File Received Apr 21, 2022 11:21 AM

C-718153
30

ASBERRY GLOVER, LOUISA GLOVER
AND DARRICK GLOVER

VERSUS

ARGONAUT MIDWEST INSURANCE
COMPANY, JHB TRUCKING INC.,
AND KIRPAL SINGH

SUIT NO.: _____ SECTION: _____

19TH JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### REQUEST FOR NOTICES

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In accordance with Louisiana Code of Civil Procedure Article 1572, you are hereby requested to give us notice by mail ten (10) days in advance of the date fixed for trial or hearing of this case, whether on exceptions, motions, rules or the merits.

We also request immediate notice of all Orders or Judgments, whether interlocutory or final, made or rendered in this case upon the rendition thereof as provided by Louisiana Code of Civil Procedure Articles 1913 and 1914, including notice of Judgment in the event this case is taken under advisement, or if the Judgment is not signed at the conclusion of the trial.

Respectfully Submitted:

DUDLEY DEBOSIER INJURY LAWYERS, PLC

By: _____

Brent P. Frederick (#25053)
*E-Mail: bfrederick@dudleydebosier.com*
Michael T. Beckers (#30197)
*E-Mail: mbeckers@dudleydebosier.com*
Danielle N. Goren (#34563)
*E-Mail: dgoren@dudleydebosier.com*
1075 Government Street
Baton Rouge, LA 70802
Telephone: (225) 372-6000
Facsimile: (225) 372-6015
*Attorneys for Plaintiffs*


Certified True and
Correct Copy
CertID: 2022042800922

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
4/28/2022 1:34 PM


Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

# CITATION
### (Long Arm LSA R.S. 13:3205 et seq.)

ASBERRY GLOVER, ET AL
(Plaintiff)

VS

ARGONAUT MIDWEST INSURANCE
COMPANY, ET AL
(Defendant)

NUMBER C-718153 "30"

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA


TO:   JHB TRUCKING, INC.
      THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS:
      JASDEEP SINGH

GREETINGS:

   Attached to this citation is a certified copy of a petition or other legal pleading that has been filed
with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was
requested by the filing party.  Please read the petition for information concerning any claims that may have
been asserted against you.

   You are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil
Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within
30 DAYS of the date you were served with the petition.

   If you fail to file an answer or other legal pleading, a default judgment may be rendered against you.
Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of
Court.

   This citation was issued by the Clerk of Court for East Baton Rouge Parish, on APRIL 28, 2022.

                              *Deputy Clerk of Court for*
                              **Doug Welborn, Clerk of Court**


Requesting Attorney: FREDERICK, BRENT P.
                     (225) 372-6000

*Also attached are the following documents:
PETITION FOR DAMAGES; JURY ORDER; REQUEST FOR NOTICES; INTERROGATORIES, ETC.

CITATION-LONG ARM-2006

**RETURN COPY**



**D8948937**

## CITATION

ASBERRY GLOVER, ET AL
(Plaintiff)

NUMBER C-718153  "30"

19TH JUDICIAL DISTRICT COURT

VS

PARISH OF EAST BATON ROUGE

ARGONAUT MIDWEST INSURANCE
COMPANY, ET AL
(Defendant)

STATE OF LOUISIANA

TO:    ARGONAUT MIDWEST INSURANCE COMPANY
THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS
LOUISIANA SECRETARY OF STATE

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party.  Please read the petition for information concerning any claims that may have been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
3.  **21 DAYS** of the date you were served with the petition; **OR**
4.  **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court.  This citation was issued by the Clerk of Court for East Baton Rouge Parish on **APRIL 28, 2022.**



*Patricia Richard*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: FREDERICK, BRENT P.**
*The following documents are attached:

PETITION FOR DAMAGES; JURY ORDER; REQUEST FOR NOTICES; INTERROGATORIES, ETC.
SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ , served on the above named party as follows:
PERSONAL SERVICE: On the party herein named at _____

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____.

DUE AND DILIGENT:    After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED:  Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:$_____
MILEAGE$_____          Deputy Sheriff
TOTAL:  $_____        Parish of East Baton Rouge

**CITATION-2000**

I made service on the named party through the Office of the Secretary of State on

MAY 0 3 2022

by tendering a copy of this document to

JULIE NESBITT

DY. M. LOCKWOOD #08

Deputy Sheriff, Parish of East Baton Rouge

**EXHIBIT**

**A-2**



**RETURN COPY**



D8948937

## CITATION

ASBERRY GLOVER, ET AL
(Plaintiff)

VS

ARGONAUT MIDWEST INSURANCE
COMPANY, ET AL
(Defendant)

NUMBER C-718153   "30"

19TH JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:    ARGONAUT MIDWEST INSURANCE COMPANY
THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS
LOUISIANA SECRETARY OF STATE

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party.  Please read the petition for information concerning any claims that may have been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
3.   **21 DAYS** of the date you were served with the petition; **OR**
4.   **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you.  Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court.  This citation was issued by the Clerk of Court for East Baton Rouge Parish on **APRIL 28, 2022.**



*Patricia Nichard*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: FREDERICK, BRENT P.
*The following documents are attached:

PETITION FOR DAMAGES; JURY ORDER; REQUEST FOR NOTICES; INTERROGATORIES, ETC.
SERVICE INFORMATION:

Received on the _____ day of _____, 20___ and on the _____ day of _____, 20_____, served on the above named party as follows:
PERSONAL SERVICE: On the party herein named at _____.

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____.

DUE AND DILIGENT:    After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20____.

| | |
|---|---|
| SERVICE:$_____<br>MILEAGE$_____<br>TOTAL: $_____ | Deputy Sheriff<br>Parish of East Baton Rouge |

CITATION-2000

I made service on the named party through the

Office of the Secretary of State on

**MAY 0 3 2022**

by tendering a copy of this docume
JULIE NESBITT

DY. M. LOCKWOOD #98
Deputy Sheriff, Parish of East Baton R

**EXHIBIT**
A-3



RECEIVED
MAY 0 2 2022
E B R SHERIFF'S OFFICE

**RETURN COPY**



D8948937

# CITATION

| | |
|---|---|
| ASBERRY GLOVER, ET AL<br>(Plaintiff) | NUMBER C-718153  "30" |
| VS | 19TH JUDICIAL DISTRICT COURT |
| ARGONAUT MIDWEST INSURANCE<br>COMPANY, ET AL<br>(Defendant) | PARISH OF EAST BATON ROUGE<br><br>STATE OF LOUISIANA |

TO:    **ARGONAUT MIDWEST INSURANCE COMPANY**
**THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS**
**LOUISIANA SECRETARY OF STATE**

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party.  Please read the petition for information concerning any claims that may have been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
3.  **21 DAYS** of the date you were served with the petition; **OR**
4.  **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you.  Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court.  This citation was issued by the Clerk of Court for East Baton Rouge Parish on **APRIL 28, 2022.**



*Patricia Kirkland*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: FREDERICK, BRENT P.
*The following documents are attached:

PETITION FOR DAMAGES; JURY ORDER; REQUEST FOR NOTICES; INTERROGATORIES, ETC.

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:**    After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20 _____.

| | |
|---|---|
| SERVICE:$_____<br>MILEAGE$_____<br>TOTAL:  $_____ | Deputy Sheriff<br>Parish of East Baton Rouge |

I made service on the named party through the

Office of the Secretary of State on

**MAY 0 3 2022**

by tendering a copy of this document to:
**JULIE NESBITT**

**DY. M. LOCKWOOD #0803**
Deputy Sheriff, Parish of East Baton Rouge

**CITATION-2000**

EXHIBIT
A-4



RECEIVED
MAY 0 2 2022
E B R SHERIFF'S OFFICE

EAST BATON ROUGE PARISH Case 3:22-cv-00445-SDD-SDJ    Document 1-3    07/05/22   Page 16 of 30
Filed May 16, 2022 3:39 PM
Deputy Clerk of Court
E-File Received May 16, 2022 3:35 PM

C-718153
30

ASBERRY GLOVER, LOUISA GLOVER
AND DARRICK GLOVER

VERSUS

ARGONAUT MIDWEST INSURANCE
COMPANY, JHB TRUCKING, INC.,
AND KIRPAL SINGH

SUIT NO.: 718153   SECTION: 30

19TH JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**AFFIDAVIT OF SERVICE**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

BEFORE ME, the undersigned notary public, duly commissioned and qualified in and for

the parish and state aforesaid, personally came and appeared:

BRANDY J. SONGNE'

who, based upon her own personal knowledge and belief did depose and state as follows:

1.    She is the legal assistant for counsel of record Brent P. Frederick, Dudley
      DeBosier Injury Lawyers, 112 Founders Drive, Suite 101, Baton Rouge,
      Louisiana, 70810;

2.    That on May 4, 2022, she mailed by Certified Mail, Return Receipt
      Requested, a copy of the Citation and a certified copy of a *Petition for
      Damages, Jury Order and Request for Notices,* and *Plaintiffs' First Set of
      Discovery* through the Louisiana Long Arm Statute, LSA R.S. 13:3201 , et
      seq, to **Kirpal Singh** at 1852 West 11th Street #457, Tracy, CA 95376, and
      that such Citation and certified copy of the above-mentioned pleadings were
      properly placed and sealed within an envelope, sufficient postage was
      affixed thereto and that the envelope was deposited in the United States
      Mail; and

3.    That as evidenced by the attached return receipt, Defendant received copies
      of the Citation and a certified copy of *Petition for Damages, Jury Order and
      Request for Notices,* and *Plaintiffs' First Set of Discovery* on May 10, 2022.

SWORN TO AND SUBSCRIBED before me this 13th day of May, 2022.

WITNESSES:

_____                    _____
                                           **BRANDY J. SONGNE'**

_____


                    _____
                    **NOTARY PUBLIC**
            Print Name:  **BRENT. P. FREDERICK**

**EXHIBIT**
A-5
tabbies

EAST BATON ROUGE PARISH
Filed May 16, 2022 3:39 PM
Deputy Clerk of Court
E-File Received May 16, 2022 3:35 PM

C-7181
30

Case 3:22-cv-00445-SDD-SDJ    Document 1-3    07/05/22    Page 17 of 30



**DUDLEY DEBOSIER**
INJURY LAWYERS

BRENT P. FREDERICK, ATTORNEY
(225) 372-6000 TELEPHONE
(225) 251-4094 FACSIMILE
bfrederick@dudleydebosier.com
BRANDY J. SONGNÉ, ASSISTANT
(225) 372-6505 TELEPHONE
bsongne@dudleydebosier.com

BATON ROUGE
NEW ORLEANS
SHREVEPORT
LAFAYETTE
DENHAM SPRINGS
(800) 396-4333

1075 Government Street
Baton Rouge, LA 70802

May 4, 2022

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
**9402811898765872759734**
Mr. Kirpal Singh
1852 West 11th Street #457
Tracy, CA 95376

Re:    Asberry Glover, et al v. Argonaut Midwest Insurance Company, et al
       Suit No. 718153, Division 30, 19th JDC, Parish of East Baton Rouge
       Our File No.: 855855

Dear Mr. Singh:

Enclosed please find a certified copy of a *Citation, Petition for Damages, and Plaintiffs' First Set of Discovery* in the above referenced lawsuit, to which you have been made a party defendant. Service is hereby made upon you in accordance with the Louisiana Revised Statute 13:3201, et seq.

This is to further advise you that under the aforementioned statute, you are required to file an answer or responsive pleadings within thirty (30) days from perfection of service to avoid the taking of a default judgment against you.

With kind personal regards, I am

Sincerely,

**DUDLEY DEBOSIER INJURY LAWYERS**

Brent P. Frederick

BPF/bjs
Enclosures



www.dudleydebosier.com

 **UNITED STATES**
**POSTAL SERVICE**

May 11, 2022

Dear Reference  855855 Glover:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9402 8118 9876 5872 7597 34.**

## Item Details

| | |
|---|---|
| **Status:** | Delivered to Agent for Final Delivery |
| **Status Date / Time:** | May 10, 2022, 10:13 am |
| **Location:** | TRACY, CA 95376 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |
| **Recipient Name:** | Kirpal Singh |

## Shipment Details

**Weight:**                                    1lb, 0.0oz

## Recipient Signature

Signature of Recipient:
(Authorized Agent)

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



EXHIBIT
B

## Brandy Songne

**From:** CERTIFIED MAIL LABELS <no_reply@certifiedmaillabels.com>
**Sent:** Wednesday, May 11, 2022 12:27 AM
**To:** Brandy Songne
**Subject:** Certified Mail Electronic Delivery Confirmation



This is an Electronic Delivery Confirmation to inform you that a USPS Certified Mail item created 05/04/2022 19:58:53 has been delivered.
USPS Certified Mail Number: **9402811898765872759734**

Addressed To:

**Kirpal Singh**
**1852 West 11th Street**
**457**
**Tracy, CA 95376**

Your Reference: **855855 Glover**
This item was **Your item has been delivered to an agent for final delivery in TRACY, CA 95376 on May 10, 2022 at 10:13 am.**

Click here to print Certified Mail Labels Electronic Delivery Confirmation℠ Report.
If you cannot open this link, then please copy and paste the entire URL into your browser's address bar and press Enter
https://cml-edc.s3.amazonaws.com/9402811898765872759734-20220511.pdf

You may view detailed delivery information by logging into Certified Mail Labels. On the red navigation bar click Reports, then Summary Tracking Report. This delivery confirmation information will be stored in your secure online account for 10 years.
If you do not wish to receive Electronic Delivery Confirmation emails, you may remove or change the email stored in your Mail Profile. Do this by logging into certifiedmaillabels.com. On the red navigation bar, click **Management, Mailing Profiles**. Then edit or remove the email address and click next to save and exit.

If you require additional assistance, please contact our Help Desk at support@certifiedmaillabels.com or 800-406-1792.

ASBERRY GLOVER, LOUISA GLOVER
AND DARRICK GLOVER

19TH JUDICIAL DISRICT COURT

VERSUS NUMBER 718153 SEC. 30

PARISH OF EAST BATON ROUGE

ARGONAUT MIDWEST INSURANCE
COMPANY, JHB TRUCKING, INC. AND
KIRPAL SINGH

STATE OF LOUISIANA

## ANSWER TO PETITION FOR DAMAGES

**NOW COMES,** through undersigned counsel, **ARGONAUT INSURANCE COMPANY** (wrongly designated as Argonaut Midwest Insurance Company) and **KIRPAL SINGH**, who in response to the plaintiffs' Petition for Damages, deny each and every allegation contained therein, except those which may hereinafter be specifically admitted.

Now, answering the allegations of the Petition, paragraph by paragraph, respondents respectfully represent:

1.

The allegations contained in Paragraph 1 of the plaintiffs' Petition are denied for lack of sufficient information to just a belief therein.

2.

The allegations contained in Paragraph 2 of the plaintiffs' Petition are denied.

3.

The allegations contained in Paragraph 3 of the plaintiffs' Petition are admitted.

4.

Upon information and belief, the allegations contained in Paragraph 4 of the plaintiffs' Petition are admitted.

5.

The allegations contained in Paragraph 5 of the plaintiffs' Petition are denied and denied for lack of sufficient information to just a belief therein.

6.

The allegations contained in Paragraph 6 of the plaintiffs' Petition are denied.

7.

The allegations contained in Paragraph 7 of the plaintiffs' Petition are denied for lack of sufficient information to justify a belief therein.



EXHIBIT
A-6

8.

The allegations contained in Paragraph 8 of the plaintiffs' Petition are denied and denied as written.

9.

The allegations contained in Paragraph 9 of plaintiffs' Petition are denied for lack of sufficient information to justify a belief therein.

10.

The allegations contained in Paragraph 10 of the plaintiffs' Petition are denied.

11.

The allegations contained in Paragraph 11 of the plaintiffs' Petition are denied.

12.

The allegations contained in Paragraph 12 of the plaintiffs' Petition are denied.

13.

The allegations contained in Paragraph 13 of the plaintiffs' Petition are denied as written. However, it is admitted that at the time of the subject accident that Argonaut Insurance Company had in full force and effect a policy of automobile liability insurance covering the vehicle being operated by Kirpal Singh. However, said policy is the best evidence of its contents, and is subject to various terms, conditions, and limitations, all of which are specifically plead herein, and any allegation of law or fact which is deemed to modify, extend, alter or otherwise vary the terms, conditions and limitations of said policy are expressly denied.

14.

The allegations contained in Paragraph 14 of the plaintiffs' Petition are denied for lack of sufficient information to justify a belief therein.

15.

The allegations contained in Paragraph 15 of the plaintiffs' Petition are denied for lack of sufficient information to justify a belief therein.

16.

The allegations contained in Paragraph 16 of the plaintiffs' Petition are denied for lack of sufficient information to justify a belief therein.

17.

The allegations contained in Paragraph 17 of the plaintiffs' Petition are denied for lack of sufficient information to justify a belief therein.

18.

The allegations contained in Paragraph 18 of the plaintiffs' Petition are denied for lack of sufficient information to justify a belief therein.

19.

While Paragraph 19 of the plaintiffs' Petition requires no response from these defendants, it is specifically denied. However, in the event that plaintiffs are able to assert "in good faith" that their claims do exceed the jurisdictional minimum necessary for a trial by jury, then, in that event, respondents aver that they are entitled to and hereby request a trial by jury.

20.

Respondents affirmatively show that the accident in suit was caused by the sole and exclusive negligence of the plaintiff, Asberry Glover, said negligence consisting particularly, but not exclusively, of the following acts and/or omissions, to wit:

1.    Coming to a complete stop in the middle of the interstate;

2.    Failing to activate his emergency flashers;

3.    Failing to maneuver his vehicle onto the shoulder of the road once he became aware that he was having mechanical problems;

4.    Embarking on a trip from Houston, Texas without first making sure that his vehicle was in sufficient condition to make the trip without malfunctioning;

5.    Any and all other acts of negligence to be shown at the trial of this matter.

21.

In the alternative, and only in the event that this Honorable Court should find that the accident was not caused by the sole and exclusive negligence of the plaintiff, Asberry Glover, then it is shown that Asberry Glover is guilty of contributory and/or comparative negligence which should serve to reduce or bar plaintiffs' award for the reasons set forth herein.

22.

Respondents further plead the affirmative defense of assumption of risk, failure to mitigate damages and any and all other matters which may constitute an affirmative defense, including but not limited to compliance with LSA-R.S. 32:866.

23.

Respondents show that the accident in suit was caused and/or contributed to by the negligence and/or strict liability of other third parties for whom these respondents are not legally responsible.

WHEREFORE, respondents, ARGONAUT INSURANCE COMPANY and KIRPAL SINGH, pray that this answer be deemed good and sufficient and that after all legal delays and due proceedings had, there be judgment herein in favor of respondents, dismissing the plaintiffs' claims with prejudice at their costs.

It is further prayed for a trial by jury.

Respectfully Submitted:

**PUJOL IRWIN, LLC**

Timothy E. Pujol (#19117)
Barbara Lane Irwin (#28091)
Ashley D. Tadda (#38719)
12320 Highway 44
Building 4, Suite C
Gonzales, Louisiana 70737
Telephone: (225) 644-0607
Facsimile: (225) 644-1688

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading was forwarded to all counsel of record by:

☐ United States Mail
☑ Electronic Mail
☐ Facsimile

this 24th day of May , 2022 at Gonzales, Louisiana.

Timothy E. Pujol

ASBERRY GLOVER, LOUISA GLOVER          19TH JUDICIAL DISRICT COURT
AND DARRICK GLOVER

VERSUS NUMBER 718153 SEC. 30           PARISH OF EAST BATON ROUGE

ARGONAUT MIDWEST INSURANCE             STATE OF LOUISIANA
COMPANY, JHB TRUCKING, INC. AND
KIRPAL SINGH

### REQUEST FOR NOTICE

TO:   Clerk of Court, 19th Judicial District Court
      Parish of East Baton Rouge


      Pursuant to *Article 1572* of the *Louisiana Code of Civil Procedure*, defendants,

ARGONAUT INSURANCE COMPANY AND KIRPAL SINGH, hereby request written notice

of the date set for trial in the above numbered and entitled cause, or of the date set for trial of any

pleadings or motions therein, at least ten (10) days prior to any trial date.

      Defendants also request notice of the signing of any final judgment or of the rendition of

any interlocutory judgment or order in said cause as provided by *Articles 1913* and *1914* of the

*Louisiana Code of Civil Procedure.*

                              Respectfully Submitted:

                              **PUJOL IRWIN, LLC**


                              Timothy E. Pujol (#19117)
                              Barbara Lane Irwin (#28091)
                              Ashley D. Tadda (#38719)
                              12320 Highway 44
                              Building 4, Suite C
                              Gonzales, Louisiana 70737
                              Telephone: (225) 644-0607
                              Facsimile: (225) 644-1688

SCANNED
efiled 5/24/22

EAST BATON ROUGE PARISH
C-718153
Filed Jun 08, 2022 2:27 AM
Deputy Clerk of Court
E-File Received Jun 08, 2022 2:55 PM
30

| ASBERRY GLOVER, LOUISA GLOVER AND DARRICK GLOVER | SUIT NO.: 718153   SECTION: 30 |
|---|---|
| **VERSUS** | **19TH JUDICIAL DISTRICT COURT** |
| **ARGONAUT MIDWEST INSURANCE COMPANY, JHB TRUCKING, INC., AND KIRPAL SINGH** | **PARISH OF EAST BATON ROUGE** **STATE OF LOUISIANA** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO APPOINT PRIVATE PROCESS SERVER

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, **ASBERRY GLOVER, LOUISA GLOVER,** and **DARRICK GLOVER**, who respectfully represent:

1.

The captioned matter involves a Petition for Damages and Discovery against Defendant, **JHB TRUCKING, INC.**, due to a motor vehicle crash occurring on or about July 29, 2021.

2.

The original Petition for Damages and Discovery were filed on April 21, 2022.

3.

Although attempts have been made via long arm, Dudley DeBosier Injury Lawyers has been unable to effect service of process on Defendant, **JHB TRUCKING, INC.**

4.

It is therefore necessary for this Honorable Court to appoint a private process server to effect service of process on Defendant, **JHB TRUCKING, INC.**

5.

Pursuant to the Louisiana Civil Code of Procedure, movers request that the following individual, an Associate of **Bombet, Cashio & Associates, Inc.**, a person, not a party, who is eighteen years or older and is of suitable discretion be appointed special process server in this action, as the Sheriff was unable to serve citation of claim to defendant, **JHB TRUCKING, INC.**, through Jasdeep Singh, 2455 North Naglee Road, Suite 126, Tracy, CA 95304.

**WHEREFORE**, mover prays that an order be issued appointing a representative of **Bombet, Cashio, Darbonne & Associates**, to serve The Petition for Damages and Discovery on the Defendant, **JHB TRUCKING, INC.** named in these proceedings.



EXHIBIT
A-7

Respectfully Submitted:

**DUDLEY DEBOSIER INJURY LAWYERS, PLC**

By: _____

**Brent P. Frederick (#25053)**
*E-Mail: bfrederick@dudleydebosier.com*
**Michael T. Beckers (#30197)**
*E-Mail: mbeckers@dudleydebosier.com*
**Danielle N. Goren (#34563)**
*E-Mail: dgoren@dudleydebosier.com*
1075 Government Street
Baton Rouge, LA 70802
Telephone: (225) 372-6000
Facsimile: (225) 372-6015
*Attorneys for Plaintiff*

ASBERRY GLOVER, LOUISA GLOVER          SUIT NO.: 718153   SECTION: 30
AND DARRICK GLOVER

                                       19TH JUDICIAL DISTRICT COURT
**VERSUS**

ARGONAUT MIDWEST INSURANCE             PARISH OF EAST BATON ROUGE
COMPANY, JHB TRUCKING, INC.,
AND KIRPAL SINGH                       STATE OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IT IS ORDERED, ADJUDGED, AND DECREED and that a representative

of **Bombet, Cashio, Darbonne & Associates** is hereby appointed to make service of process of

the Petition for Damages and Discovery on **JHB TRUCKING, INC.,** Defendant in these

proceedings, in the same manner required by law.

THUS DONE AND SIGNED on this the ___14___ day of ___June___, 2022, at Baton

Rouge, Louisiana.

_____
**JUDGE TARVALD SMITH**
**19TH JUDICIAL DISTRICT COURT**

ASBERRY GLOVER, LOUISA GLOVER
AND DARRICK GLOVER

SUIT NO.: 718153   SECTION: 30

19TH JUDICIAL DISTRICT COURT

**VERSUS**

ARGONAUT MIDWEST INSURANCE
COMPANY, JHB TRUCKING, INC.,
AND KIRPAL SINGH

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**CERTIFICATE OF SERVICE**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I hereby certify that a copy of the above and foregoing have been forwarded to the

following counsel of record:

Tim Pujol
Pujol & Irwin
12320 Highway 44, Building 4, Suite C
Gonzales, LA 70737

by email this _8th_ day of June, 2022.

_____
BRENT P. FREDERICK

 (/Content/Help/helpv7.pdf)

Clerk Connect - East Baton Rouge Parish



BACK TO PREVIOUS PAGE

**C-718153**

**ASBERRY GLOVER, ET AL VS ARGONAUT MIDWEST INSURANCE COMPANY, ET AL**

☐ ⌄  PURCHASE PDF

**Date Filed:** 04/21/2022    **Kind:** Civil    **Division:** 30

**Date Last Active:** 06/15/2022    **Cause:** DM-Damages    **Suit Status:** Active

**Judge:** SMITH, TARVALD A.

---

**CHRONOLOGICAL HISTORY (18)**    PARTIES (6)    ATTORNEYS (2)    MINUTES (0)

| Date | Type [All ⌄] | Description | Filed By |
|---|---|---|---|
| 06/15/2022 | Document | CIT-CIV 2000 - JHB TRUCKING, INC. | |
| 06/09/2022 | | COVER LETTER | FREDERICK, BRENT P. |
| 06/09/2022 | | MTN APPOINT PRIV PROC SERV-CV | FREDERICK, BRENT P. |
| 05/24/2022 | | ANSWER WITH JURY REQUEST-CV | PUJOL, TIMOTHY EARLE |
| 05/24/2022 | | REQUEST NTC-CV | PUJOL, TIMOTHY EARLE |
| 05/16/2022 | | COVER LETTER | FREDERICK, BRENT P. |
| 05/16/2022 | | AFFIDAVIT-CV | FREDERICK, BRENT P. |
| 05/16/2022 | | EXHIBIT-CV | FREDERICK, BRENT P. |
| 05/05/2022 | | SERVICE RETURN FEE - ARGONAUT MIDWEST INSURANCE COMPANY | FREDERICK, BRENT |

EXHIBIT
A-8

| | | | |
|---|---|---|---|
| 05/03/2022 | Service Return | Clerk Connect - East Baton Rouge Parish //Content/Help/help7.pdf INSURANCE COMPANY<br>Item Served: CIT-CIV 2000<br>Served How: Secretary of State | |
| 04/28/2022 | Document | CIT LNGARM-CIV 2006 - JHB TRUCKING, INC. | |
| 04/28/2022 | Document | CIT LNGARM-CIV 2006 - SINGH, KIRPAL | |
| 04/28/2022 | Document | CIT-CIV 2000 - ARGONAUT MIDWEST INSURANCE COMPANY | |
| 04/21/2022 | | COVER LETTER | FREDERICK, BRENT P. |
| 04/21/2022 | | PET- DAMAGES -CIV | FREDERICK, BRENT P. |
| 04/21/2022 | | ORD-CIV | FREDERICK, BRENT P. |
| 04/21/2022 | | REQUEST NTC-CV | FREDERICK, BRENT P. |
| 04/21/2022 | | INTERROGS-CV | FREDERICK, BRENT P. |

Privacy - Terms